```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                         BLUEFIELD
```

GRANT THORNTON, LLP,

    Plaintiff,

v.                                       CIVIL ACTION NO. 1:00-0655

FEDERAL DEPOSIT INSURANCE
CORPORATION,

    Defendant;

and

FEDERAL DEPOSIT INSURANCE
CORPORATION,

    Plaintiff,

v.                                       CIVIL ACTION NO. 1:03-2129

GRANT THORNTON, LLP,

    Defendant;

and

GARY ELLIS,

    Plaintiff,

v.                                       CIVIL ACTION NO. 1:04-0043

GRANT THORNTON, LLP,

    Defendant.

## MEMORANDUM OPINION

    By Order entered September 29, 2005, the court denied Grant Thornton's Motion to Exclude Exhibits and Testimony Relating to Valuation Reports Prepared by the FDIC's Expert, Peter McMullin. In doing so, the court considered the submissions of both parties

and concluded that the FDIC had complied with its discovery obligations.

The Clerk is directed to send a copy of this Memorandum Opinion to counsel of record.

**IT IS SO ORDERED** this 14th day of March, 2007.

ENTER:

David A. Faber
Chief Judge