IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BLUEFIELD

GRANT THORNTON, LLP,

    Plaintiff,

v.                                    CIVIL ACTION NO. 1:00-0655

FEDERAL DEPOSIT INSURANCE
CORPORATION,

    Defendant;

and

FEDERAL DEPOSIT INSURANCE
CORPORATION,

    Plaintiff,

v.                                    CIVIL ACTION NO. 1:03-2129

GRANT THORNTON, LLP,

    Defendant.

### MEMORANDUM OPINION AND ORDER

Pending before the court is Grant Thornton's "motion to exclude the FDIC's submission of Mattson v. Schultz."  The motion to exclude is DENIED, however, the court will give the case such weight as it deserves.

The Clerk is directed to send a copy of this Memorandum Opinion and Order to counsel of record.

**IT IS SO ORDERED** this 31st day of March, 2009.

ENTER:

David A. Faber
Senior United States District Judge