```
        IN THE UNITED STATES DISTRICT COURT
     FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                      BLUEFIELD
```

GRANT THORNTON, LLP,

    Plaintiff,

v.                                    CIVIL ACTION NO. 1:00-0655

FEDERAL DEPOSIT INSURANCE
CORPORATION,

    Defendant;

and

FEDERAL DEPOSIT INSURANCE
CORPORATION,

    Plaintiff,

v.                                    CIVIL ACTION NO. 1:03-2129

GRANT THORNTON, LLP,

    Defendant.

### MEMORANDUM OPINION AND ORDER

    Pending before the court is Grant Thornton's motion to unseal documents for use in another proceeding. (doc. # 632). The court has found those documents are attorney work product prepared in anticipation of litigation.  Accordingly, the motion to unseal is DENIED.

    The Clerk is directed to send a copy of this Memorandum Opinion and Order to counsel of record.

    **IT IS SO ORDERED** this 31st day of March, 2009.

                                                      ENTER:

                                                      David A. Faber
                                                      Senior United States District Judge